**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kittrell Bernard DECATOR,**
**Defendant–Appellant.**

No. 10–6129.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 30, 2010.

Decided: April 6, 2010.

Kittrell Bernard Decator, Appellant Pro Se. James G. Warwick, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kittrell Bernard Decator appeals the district court's margin order denying Decator's "Motion to Dismiss Indictment Nunc Pro Tunc." We have reviewed the record and find no reversible error. Accordingly, we affirm. *United States v. Decator*, No. 1:95–cr–00202–CCB–1 (D.Md. Dec. 29, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*